IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03286-RPM

CHERISE SMITH,

    Plaintiff,

v.

AIR SERV CORPORATION,

    Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW
_____

    Pursuant to the hearing held today on the motion to withdraw filed by Marc D. Stanley as attorney for the plaintiff and with Cherise Smith, the plaintiff, appearing personally and the defendant appearing by Erin A. Webber and after hearing the statements of Mr. Stanley concerning his acceptance of employment in Arizona and after hearing from the plaintiff Cherise Smith, it is

    ORDERED that the motion to withdraw is granted.  Marc D. Stanley has no further responsibility for the representation of the plaintiff in this action and the plaintiff shall have to and including May 14, 2012, to obtain the appearance of counsel to represent her.

    DATED April 13th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge