IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03286-RPM

CHERISE SMITH,

    Plaintiff,

v.

AIR SERV CORPORATION,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of Plaintiff's Unopposed Motion to Amend Complaint [15] filed May 29, 2012, it is

ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

DATED May 30th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge