**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Date:                  August 16, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-03286-RPM

CHERISE SMITH,                                         Charlotte N. Sweeney
                                                       Rachel E. Ellis
     Plaintiff,

v.

AIR SERV CORPORATION,                                  Erin A. Webber
                                                       Alyson A. Smith
     Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:56 p.m.**      **Court in session.**

**ORDERED:**   Defendant's Unopposed Motion for Leave to File its Second Amended Answer [26], is granted. Second Amended Answer filed.

Discussion regarding case facts.
Counsel state their respective positions regarding reasons for termination.

Discussion regarding the EEOC and unemployment.

Discussion regarding discovery.

Court states its view regarding requests for admission and production of documents.
**Request to exceed written discovery limit (25) prescribed by the rules is denied.**

Court advise counsel that written communications (emails) between counsel are privileged and should not be filed.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

Scheduling Order signed.

**2:17 p.m.**      **Court in recess.**      Hearing concluded.  Total time: 21  min.