IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03286-RPM

CHERISE SMITH,

    Plaintiff,

v.

AIR SERV CORPORATION,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [32] filed February 25, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs of Court and attorneys' fees.

DATED: February 25th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge